Jawad ALAMAD, Petitioner—
Appellant,

v.

AMERICAN AIRLINES, INC., a
corporation, Respondent—
Appellee.

No. 03-55719.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Feb. 14, 2005.

Decided March 4, 2005.

Maurice Lamont Chenier, Esq., Wilson & Becks, Los Angeles, CA, for Petitioner–Appellant.

Susan Fillichio, Esq., Morgan Lewis & Bockius, Los Angeles, CA, for Respondent–Appellee.

Before: KOZINSKI and TROTT, Circuit Judges, and SAND,* Senior District Judge.

MEMORANDUM **

We affirm the district court's denial of petitioner Alamad's motion to vacate the arbitration award in favor of American Airlines, Inc. The district court properly found that it lacked jurisdiction to review the award.

AFFIRMED.

* Hon. Leonard B. Sand, Senior U.S. District Judge for the Southern District of New York, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.